**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7142

RICKEY ESQUIVEL,

              Plaintiff - Appellant,

        v.

DR. GULERIA; NURSE HANS, R.N.; L.P.N. HUNTER; A. ROWE,
L.P.N.; SANDERS, R.N.; R.N. PUCKETT; R.N. BAILEY; MISS
CLARK,

              Defendants - Appellees,

        and

DR. HINDS,

              Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:09-ct-03132-BO)

Submitted: February 9, 2012        Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rickey Esquivel, Appellant Pro Se. Oliver Gray Wheeler, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Esquivel appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Esquivel v. Guleria</u>, No. 5:09-ct-03132-BO (E.D.N.C. July 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2